IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RAFAEL XENES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POWUR, PBC, INC.<br><br>Defendant. | Case No. 1:23-cv-22787-KMM |

**POWUR, PBC, INC.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Powur, PBC, Inc. states that it has no parent corporation, and that no other publicly held corporation owns 10% or more of their stock.

Dated: September 29, 2023                    Respectfully Submitted,

                                            **MARK MIGDAL & HAYDEN**
                                            80 S.W. 8th Street, Suite 1999
                                            Miami, Florida 33130
                                            Telephone: (305) 374-0440

                                            By: *s/ Yaniv Adar*
                                              Josh A. Migdal, Esq.
                                              Florida Bar No. 19136
                                              josh@markmigdal.com
                                              Yaniv Adar, Esq.
                                              Florida Bar No. 63804
                                              yaniv@markmigdal.com
                                              eservice@markmigdal.com

                                            *Attorneys for Defendant Powur, PBC, Inc.*

## CERTIFICIATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on September 29, 2023, which served same electronically upon all counsel of record.

                                            /s/     Yaniv Adar
                                                      Yaniv Adar