## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Rafael Xenes, individually and on behalf of others similarly situated,**

   Plaintiff,

    v.

**Powur, PBC, Inc. d/b/a Powur,**

   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: 1:23-cv-22787-KMM**

**<u>CLASS ACTION</u>**

**PLAINTIFF'S MOTION TO REOPEN CASE**

**JURY TRIAL DEMANDED**

  Plaintiff Rafael Xenes ("Plaintiff") hereby files this unopposed Motion to Reopen the Case. Plaintiff apologizes to the Court for the tardiness of the filing of the joint scheduling report, which was filed today, November 3, 2023. The parties had started circulating a draft on October 26, 2023 and it took several days to complete the process of review. Plaintiff reached out to Defendant for its position on this motion and Defendant indicated that it takes no position as to the motion. Plaintiff requests the Court reopen the case and

1

implement a new briefing schedule for the second motion to dismiss filed by

Defendant Powur, PBC, Inc. d/b/a Powur.


Dated: November 3, 2023                          Respectfully submitted,

   BY: /S/ RYAN L. MCBRIDE_____
RYAN L. MCBRIDE, ESQ.
LEAD TRIAL COUNSEL FOR
PLAINTIFF

Mohammad Kazerouni (1034549)
**Kazerouni Law Grouo, APC**
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
mike@kazlg.com

Ryan L. McBride (1010101)
**Kazerouni Law Group, APC**
301 E. Bethany Home Road
Suite C-195
Phoenix, AZ 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ryan@kazlg.com