UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:23-cv-22787-KMM

RAFAEL XENES,
Individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

POWUR, PBC, INC.

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Alexandra N. Krasovec of the law firm of Manatt, Phelps & Phillips, LLP, 2049 Century Park East, Suite 1700, Los Angeles, CA 90067, 310.312.4000, for purposes of appearance as co-counsel on behalf of Powur, PBC, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Alexandra N. Krasovec to receive electronic filings in this case, and in support thereof states as follows:

    1.    Alexandra N. Krasovec is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar and the United States District Court for the Central District of California, December 13, 2023.

    2.    Movant, Yaniv Adar, Esquire, of the law firm of Mark Midgal & Hayden, 80 S.W. 8th Street, Suite 1999, Miami, FL 33130, 305.374.0440, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be

required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, the Court's admission fee is being paid concurrently with the filing of this Motion. A certification in accordance with Rule 4(b) is attached hereto.

4. Alexandra N. Krasovec, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Alexandra N. Krasovec at email address: akrasovec@manatt.com.

WHEREFORE, Yaniv Adar, moves this Court to enter an Order Alexandra N. Krasovec, to appear before this Court on behalf of Powur, PBC, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Alexandra N. Krasovec.

Date: May 15, 2024                    Respectfully submitted,

                                       */s Yaniv Adar*

Yaniv Adar
Florida Bar No. 19136
yaniv@markmigdal.com
MARK MIGDAL & HAYDEN
80 S.W. 8th Street, Suite 1999, Miami, FL 33130
305.374.0440

*Attorneys for Defendant Powur, PBC, Inc.*